| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Mark S. Horoupian (CA Bar No. 175373)<br>  mhoroupian@sulmeyerlaw.com<br>Steven F. Werth (CA Bar No. 205434)<br>  swerth@sulmeyerlaw.com<br>**Sulmeyer**Kupetz, A Professional Corporation<br>333 South Hope Street, Thirty-Fifth Floor<br>Los Angeles, California  90071-1406<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520<br><br>☐ *Individual appearing without attorney*<br>☒ *Special Litigation Counsel for Power Balance, LLC* | FOR COURT USE ONLY |
|---|---|

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION |||
|---|---|---|
| In re:<br><br>POWER BALANCE, LLC, a Delaware limited liability company<br><br><div align="right">Debtor(s).</div> || CASE NO.:   8:11-bk-25982 TA<br><br>ADVERSARY CASE NO.: 8:13-ap-01370-TA<br><br>CHAPTER: 11 |
| POWER BALANCE, LLC, a Delaware limited liability company,<br><br><div align="right">Plaintiff(s).</div><div align="center">vs.</div>MERCURY PUBLIC AFFAIRS LLC, a Delaware limited liability company,<br><br><div align="right">Defendant(s).</div> || **UNILATERAL STATUS REPORT**<br>**LBR 7016-1(a)(2)**<br><br>DATE:   May 29, 2014<br>TIME:   10:00 a.m.<br>COURTROOM:   5B<br>PLACE:<br>  411 West Fourth Street<br>  Santa Ana, California  92701 |

TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE:

Plaintiff submits the following UNILATERAL STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.  PLEADINGS/SERVICE:**

| | | | |
|---|---|---|---|
| 1. | Have all parties been served? | ☒ Yes | ☐ No |
| 2. | Have all parties filed and served answers to the complaint/counter-complaints/etc.? | ☐ Yes | ☒ No |
| 3. | Have all motions addressed to the pleadings been resolved? | ☐ Yes | ☒ No |
| 4. | Have counsel met and conferred in compliance with LBR 7026-1? | ☐ Yes | ☒ No |

2424216.1    This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 1                                   **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below (*or on attached page*):

   This adversary proceeding has been settled.

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
        <u>Plaintiff</u>          <u>Defendant</u>
   N/A in light of settlement.

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.
        <u>Plaintiff</u>          <u>Defendant</u>
   N/A in light of settlement.

3. When do you expect to complete <u>your</u> discovery efforts?
        <u>Plaintiff</u>          <u>Defendant</u>
   N/A in light of settlement.

4. What additional discovery do you require to prepare for trial?
        <u>Plaintiff</u>          <u>Defendant</u>
   N/A in light of settlement.

**C. TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
        <u>Plaintiff</u>          <u>Defendant</u>
   N/A in light of settlement.

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
        <u>Plaintiff</u>          <u>Defendant</u>
   N/A in light of settlement.

3. How many exhibits do you anticipate using at trial?
        <u>Plaintiff</u>          <u>Defendant</u>
   N/A in light of settlement.

2424216.1    This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 7016-1.STATUS.REPORT**

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☐ is not requested | Pretrial conference ☐ is ☐ is not requested |
| Reasons: | Reasons: |

N/A in light of settlement.

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) _____ | (*date*) _____ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   This adversary proceeding has been settled.

2. Has this dispute been formally mediated?    ☐ Yes    ☐ No
   If so, when?

   N/A in light of settlement.

3. Do you want this matter sent to mediation at this time?  N/A in light of settlement.

| **Plaintiff** | **Defendant** |
|---|---|
| ☐ Yes   ☐ No | ☐ Yes   ☐ No |

2424216.1    This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                         Page 3                                         **F 7016-1.STATUS.REPORT**

F. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

This adversary proceeding has been settled.

Respectfully submitted,

Date: May 12, 2014                                          Date: _____

**Sulmeyer**Kupetz, A Professional Corporation              _____
Printed name of law firm                                    Printed name of law firm

*/s/ Steven F. Werth*                                       _____
Signature                                                   Signature

Steven F. Werth                                             _____
Printed name                                                Printed name

Attorney for: Plaintiff, Power Balance, LLC                 Attorney for: _____

2424216.1    This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 4                              **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, 35th Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **UNILATERAL STATUS REPORT LBR 7016-1(a)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 12, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy S. Goldenberg: nancy.goldenberg@usdoj.gov
United States Trustee (SA): ustpregion16.sa.ecf@usdoj.gov
Steven F. Werth: swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; slee@sulmeyerlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 12, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert
United States Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street
Suite 5085
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 12, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Attorneys for Defendant Mercury Public Affairs LLC.:

Massimo Giogliano, Esq./Davis & Gilbert LLP: mgiugliano@dglaw.com

Tracy M. Clements, Esq./Keller, Sloan, Roman & Holland LLP: tclements@ksrh.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2014 | Ann L. Sokolowski | /s/ Ann L. Sokolowski |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

2424216.1    This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 5    **F 7016-1.STATUS.REPORT**